Melecio PEREZ, a.k.a. Manuel Rivera Espinoza, Petitioner,

v.

Eric H. HOLDER, Jr., Attorney General, Respondent.

No. 08–73980.

United States Court of Appeals, Ninth Circuit.

Submitted May 25, 2010.*

Filed June 2, 2010.

Katarina Rost, Law Office of Katarina Rost, San Francisco, CA, for Petitioner.

Mona Maria Yousif, U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

Melecio Perez, a native and citizen of Mexico, petitions for review of the Department of Homeland Security's order rein-

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

---

stating his 1997 expedited removal order under 8 U.S.C. § 1231(a)(5). We dismiss the petition for review.

We lack jurisdiction to consider Perez's collateral challenge to his prior expedited removal order. *Garcia de Rincon v. Dep't of Homeland Sec.*, 539 F.3d 1133, 1139 (9th Cir.2008); *see also* 8 U.S.C. § 1252(e) (judicial review of expedited removal orders available only in habeas corpus proceedings).

PETITION FOR REVIEW DISMISSED.